STATE OF CONNECTICUT *v.* JUAN MCRAE
(AC 25121)

McLachlan, Harper and Freedman, Js.

Argued March 30—officially released May 3, 2005

Per Curiam. The judgment is affirmed.

STATE OF CONNECTICUT *v.* LATONE JAMES
(AC 25514)

Lavery, C. J., and Flynn and Dupont, Js.

Argued March 30—officially released May 3, 2005

Per Curiam. The judgment is affirmed.

JASON C. GOODE *v.* COMMISSIONER OF
CORRECTION
(AC 25157)

Schaller, Flynn and Harper, Js.

Submitted on briefs April 1—officially released May 3, 2005

Per Curiam. The appeal is dismissed.